# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLENN VILE | : | CIVIL NO. |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ALLMERICA FINANCIAL LIFE | : | |
| INSURANCE & ANNUITY COMPANY | : | |
| and METROPOLITAN LIFE INS. CO. | : | |
| | : | |
|     Defendants. | : | NOVEMBER 3, 2003 |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for the defendants, Allmerica Financial Life Insurance & Annuity Company and Metropolitan Life Insurance Company, in the above-captioned matter.

DEFENDANTS
ALLMERICA FINANCIAL LIFE INSURANCE &
ANNUITY COMPANY and METROPOLITAN
LIFE INSURANCE COMPANY

By: /s/ Helen M. Kemp
Helen M. Kemp (ct14790)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: hkemp@rc.com

- 2 -

## CERTIFICATION

This is to certify that a copy of the foregoing ENTRY OF APPEARANCE was sent by *certified mail, return receipt requested*, on this 3rd day of November 2003, to:

Timothy E. Welsh, Esq.
GOZZI, PALADINO & WELSH
49 Sherwood Terrace
Old Saybrook, CT  06475

_____
Theodore J. Tucci