## GOZZI, PALADINO & WELSH
*ATTORNEYS AND COUNSELORS AT LAW*

49 SHERWOOD TERRACE
OLD SAYBROOK, CT 06475-2123

RICHARD F. PALADINO
PAUL GOZZI
TIMOTHY E. WELSH

TELEPHONE: (860) 395-3344
TELEFAX: (860) 395-3343
E-Mail: gpwsherwood@aol.com

July 30, 2003

Sent via fax also 860 275-8299

Elizabeth A. Fowler, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

**Re: Vile v AllMerica**

Dear Attorney Fowler:

Regrettably, I have not heard from you regarding our proposed joint motion to suspend or extend the time to comply with the Rule 26f dates and in light of our recent discussions about the prospect of mediation. Accordingly, please allow this letter to serve as notice that at this time the plaintiff reserves the right to call the following expert witnesses at trial:

1. Dr. Carl J Boland, Cross Country Neurology, P.C. 577 Saybrook Road, Middletown, CT 06457;

2. Dr.'s David and/or Michael Baldwin, P.O. Box 669, Essex, CT 06426;

3. Dr. Richard R. Pelker, P.O. Box 208071, New Haven, CT 06520;

4. Dr. Robert M. Jung, 59 Faire Harbor Place, New London, CT 06320.

The plaintiff reserves the right to name each of these physicians as fact witnesses as well.

Thank you for your attention to this matter. If you have any questions, please call.

Very Truly Yours,

Timothy E. Welsh

TEW/del

*P.S. - Attached Pl's find the 99-01 "statement 1" requested in yours of 7/14/03. Any ? Pls call. Tim T.*