FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT           -4 A 11: 50



| | |
|---|---|
| GLENN VILE<br>　　　　Plaintiff, | :<br>:　CIVIL NO.: 3-02-CV-1644(RNC)<br>: |
| v. | :<br>: |
| ALLMERICA FINANCIAL LIFE<br>INSURANCE & ANNUITY COMPANY<br>and METROPOLITAN LIFE INS. CO. | :<br>:<br>: |
| 　　　　Defendants. | :　NOVEMBER 3, 2003<br>: |

## WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Elizabeth A. Fowler requests leave to withdraw her appearance for all defendants in this action. Attorney Theodore J. Tucci will continue to serve as counsel for all defendants.

DEFENDANTS,
ALLMERICA FINANCIAL LIFE INSURANCE &
ANNUITY COMPANY and METROPOLITAN
LIFE INSURANCE COMPANY

By_____
Theodore J. Tucci
Fed. Bar # ct05249
E-mail: ttucci@rc.com
Elizabeth A. Fowler
Fed. Bar # ct23584
E-mail: efowler@rc.com
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on this 3rd day of November 2003, to:

Timothy E. Welsh, Esq.
GOZZI, PALADINO & WELSH
49 Sherwood Terrace
Old Saybrook, CT  06475


<u>Via Certified Mail</u>:

A. Daniel Nussbaum, Esq.
Law Department
Metropolitan Life Insurance Company
One Madison Avenue
New York, New York 10010-3690

_____
Elizabeth A. Fowler