UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLENN VILE | : | |
| Plaintiff, | : | CIVIL NO.: 3-02-CV-1644(MRK) |
| | : | |
| v. | : | |
| | : | |
| ALLMERICA FINANCIAL LIFE | : | |
| INSURANCE & ANNUITY COMPANY | : | |
| and METROPOLITAN LIFE INS. CO. | : | |
| | : | |
| Defendants. | : | NOVEMBER 25, 2003 |

**UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO REQUESTS FOR ADMISSIONS**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7(b)(1), the defendants, Allmerica Financial Life Insurance & Annuity Company ("Allmerica") and Metropolitan Life Insurance Company ("MetLife"), hereby move for a thirty-day extension of time, up to and including January 5, 2004, to respond to Plaintiff's First Set of Requests for Admissions. In support of this motion, defendants note that additional time is required to prepare a response to these requests and defendants' counsel are scheduled to be on trial in the matter of Volpe v. Paul Revere CIVIL NO. 3 98 CV 00972 (CFD)(WIG) beginning on December 8, 2003.

This is the defendants' first request for an extension of time to respond to the plaintiff's request for admissions.

The plaintiff does not object to this extension of time.

WHEREFORE, the defendants request that this motion be granted.

DEFENDANTS

ALLMERICA FINANCIAL LIFE INSURANCE & ANNUITY COMPANY and METROPOLITAN LIFE INSURANCE COMPANY

By /s/ Helen M. Kemp
Helen M. Kemp
Fed. Bar # ct14790
E-mail: hkemp @rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first-class U.S. Mail, postage prepaid, on this 25th day of November 2003, to:

Timothy E. Welsh, Esq.
GOZZI, PALADINO & WELSH
49 Sherwood Terrace
Old Saybrook, CT  06475

*Helen M. Kemp*
HELEN M. KEMP