Ord w/drApp

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

GLENN VILE,                    :

                      Plaintiff,    :    CIVIL NO. 3:02 CV 1644 (MRK)

v.                             :

ALLMERICA FINANCIAL LIFE       :
INSURANCE & ANNUITY CO., et al :

                      Defendants.  :

**ORDER**

Elizabeth Fowler's Withdrawal Of Appearance (Doc. #26), dated November 3, 2003, is hereby **GRANTED**.

                                                                  IT IS SO ORDERED.

                                                                  Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: December 2, 2003