UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

MAR 1  2 57 PM '04

U.S DISTRICT COURT
NEW HAVEN, CONN

GLENN VILE
   Plaintiff,

v.

ALLMERICA FINANCIAL LIFE
 INSURANCE & ANNUITY
COMPANY and METROPOLITAN
LIFE INS. CO.

   Defendants.

CIVIL NO.: 3-02-CV-1644(MRK)

FEBRUARY 18, 2004

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff, Glenn Vile, and the defendants, Allmerica Financial Life Insurance & Annuity Company and Metropolitan Life Ins. Co., hereby stipulate to a dismissal with prejudice of the above-captioned action, each party to bear his or its own costs.

PLAINTIFF,
GLENN VILE

By _____
Timothy E. Welsh (ct16176)
Gozzi, Paloadino & Welsh
49 Sherwood Terrace
Old Saybrook, CT 06475
Tel: 860-395-3344
Fax: 860-395-3343

DEFENDANTS,
ALLMERICA FINANCIAL LIFE
INSURANCE & ANNUITY COMPANY
and METROPOLITAN LIFE INS. CO.

By _____
Helen M. Kemp (ct14790)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: 860-275-8200
Fax: 860-275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing Stipulation of Dismissal was sent by first class mail, postage prepaid, on this 26th day of February 2004, to:

>Timothy E. Welsh, Esq.
>GOZZI, PALADINO & WELSH
>49 Sherwood Terrace
>Old Saybrook, CT  06475

*Helen M. Kemp*
Helen M. Kemp