UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLENN VILE | : | |
| Plaintiff, | : | CIVIL NO.: 3-02-CV-1644(MRK) |
| | : | |
| v. | : | |
| | : | |
| ALLMERICA FINANCIAL LIFE | : | |
| INSURANCE & ANNUITY | : | |
| COMPANY and METROPOLITAN | : | |
| LIFE INS. CO. | : | |
| | : | FEBRUARY 18, 2004 |
| Defendants. | | |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff, Glenn Vile, and the defendants, Allmerica Financial Life Insurance & Annuity Company and Metropolitan Life Ins. Co., hereby stipulate to a dismissal with prejudice of the above-captioned action, each party to bear his or its own costs.

PLAINTIFF,
GLENN VILE

By _____
Timothy E. Welsh (ct16176)
Gozzi, Paloadino & Welsh
49 Sherwood Terrace
Old Saybrook, CT 06475
Tel: 860-395-3344
Fax: 860-395-3343

DEFENDANTS,
ALLMERICA FINANCIAL LIFE
INSURANCE & ANNUITY COMPANY
and METROPOLITAN LIFE INS. CO.

By Helen M. Kemp
Helen M. Kemp (ct14790)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: 860-275-8200
Fax: 860-275-8299

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By _____
Deputy Clerk